IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADRIAN EDWARDS,<br><br>    Defendant. | Case No. 21-CR-70-jdp |

---

## MOTION TO SEAL LETTERS

---

Defendant Adrian Edwards, by counsel Mark P. Maciolek, moves the Court for an order sealing his letters in support of sentencing, electronically filed today, November 7, 2023.

The grounds for this motion to seal are that the name of the victim and some contact information for the victim appear in the letters in support. Such information is properly sealed for the protection of the victim and the victim's privacy.

Dated this 7th day of November, 2023.

                                                **MURPHY DESMOND S.C.**

                                                Attorneys for Adrian Edwards

                               By:   /s/_____
                                                  Mark P. Maciolek
                                                  State Bar Number: 1054208
                                                  33 East Main Street, Suite 500
                                                  P.O. Box 2038
                                                  Madison, WI 53701-2038
                                                  (608) 257-7181